UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEON WILLIAMS, JAMES KAIN, ) <br> MARVEL LOWE and DALLAS DELAY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> LARRY CRAWFORD, et al., ) <br> ) <br> Defendants. ) | Case No. 4:08CV00603 ERW |

## **ORDER**

This matter is before the Court upon plaintiffs joint filing of a notice of appeal [Doc. #11]. On April 28, 2008, plaintiff s paid the $350 filing fee and the Court filed the complaint. On July 25, 2008, this Court dismissed the complaint pursuant to 28 U.S.C. § 1915A. On August 6, 2008, plaintiffs filed the instant notice of appeal. Plaintiffs have submitted neither the $455 filing and docketing fee for filing an appeal nor separate motions for leave to proceed in forma pauperis with certified copies of their inmate account statements. Therefore, the Court will assess plaintiffs the full $455 appellate filing fee.[1]

---

[1] The Court notes that even if plaintiffs had requested leave to proceed in forma pauperis on appeal, the Court would have denied the request because it previously certified that this appeal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this order, plaintiffs shall pay to this Court the full $455 filing and docketing fees for filing an appeal.[2]

**IT IS FURTHER ORDERED** that plaintiff s shall file any future documents or pleadings in connection with their appeal directly with the United States Court of Appeals for the Eighth Circuit.

So Ordered t his 22nd Day of August, 2008.

*[signature: E. Richard Webber]*

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiffs are instructed to make their remittance payable to "Clerk, United States District Court," and to include upon it: (1) their names; (2) their prison identification numbers; (3) the case number; and (4) that the remittance is for the appeal of the instant action.